ORIGINAL
FILED 29 SEP '11 15:40 USDC-ORP

Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiffs

R. Charles Henn Jr., chenn@kilpatricktownsend.com
Charles H. Hooker III, chooker@kilpatricktownsend.com
Nichole Davis Chollet, nchollet@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Of Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC. and ADIDAS AG,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PEDIPED INFANT FOOTWEAR, LLC.,<br><br>　　　　　　Defendant. | No. CV '11 1187 - PK<br><br>**MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**<br><br>By Plaintiffs adidas America, Inc. and adidas AG<br><br>Pursuant to LR 3-8(c) |

1- MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

91004-0005/LEGAL21804243.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Pursuant to Local Rule 3-8(c), plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") respectfully move for leave to file under seal the contemporaneously-submitted Complaint.

The filing of the Complaint under seal is necessary because included within the Complaint are allegations related to a confidential settlement agreement previously entered into between the parties. In addition, a copy of the parties' prior settlement agreement is attached as an exhibit to the Complaint. Because this settlement agreement states that its terms are to remain confidential, adidas's Complaint in this matter must be filed under seal in order to avoid a breach of the confidentiality provision of the settlement agreement.

A proposed Order Sealing Complaint is being submitted concurrently herewith.

DATED: September 29, 2011            **PERKINS COIE LLP**

By: *(signature)*
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiffs

R. Charles Henn Jr.
Charles H. Hooker III
Nichole Davis Chollet
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Of Counsel for Plaintiffs

2- MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

91004-0005/LEGAL21804243.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222